NORTH AMERICAN OIL CONSOLIDATED et al. v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. August 20, 1917. Rehearing Denied October 8, 1917.)

No. 2789.

Appeal from the District Court of the United States for the Southern Division of the Southern District of California; Maurice T. Dooling, Judge.

Suit in equity by the United States against the North American Oil Consolidated, Walter P. Frick, John F. Carlston, Clarence J. Berry, Dennis Searles, Walter H. Leimert, and Wickham Havens. Decree for complainant, and defendants appeal. Reversed.

See, also, Consolidated Mut. Oil Co. v. United States, 245 Fed. 521, —— C. C. A. ——.

U. T. Clotfelter, of Los Angeles, Cal., and A. L. Weil, Charles S. Wheeler, and John F. Bowie, all of San Francisco, Cal., for appellants.

E. J. Justice, F. P. Hobgood, Jr., Frank Hall, Jas. W. Witten, and A. E. Campbell. Sp. Asst. Attys. Gen., all of San Francisco, Cal., and Albert Schoonover, U. S. Atty., of Los Angeles, Cal., for the United States.

Before GILBERT, ROSS, and HUNT, Circuit Judges.

PER CURIAM. On the authority of Consolidated Mutual Oil Company, a Corporation, and J. M. McLeod, Appellants, v. United States of America, Appellee, No. 2787, and Consolidated Mutual Oil Company, a Corporation, and J. M. McLeod, Appellants, v. United States of America, Appellee, No. 2788, 245 Fed. 521, —— C. C. A. ——, just decided, the order appealed from is reversed.

GILBERT, Circuit Judge, dissenting.